UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-20263-RNS

MASTEC RENEWABLES PUERTO RICO, LLC,

    Plaintiff,

v.

MAMMOTH ENERGY SERVICES, INC. and COBRA ACQUISITIONS, LLC,

    Defendants.
_____/

## AGREED ORDER APPROVING JOINT STIPULATION REGARDING REMOTE DEPOSITIONS

**THIS CAUSE** came to be heard upon the Joint Stipulation (ECF No. ____) of Plaintiff MasTec Renewables Puerto Rico, LLC and Defendants Mammoth Energy Services, Inc. and Cobra Acquisitions, LLC regarding remote depositions and for entry of an agreed order approving the parties' stipulation. The Joint Stipulation (ECF No. ___) is approved and adopted as an Order of this Court.

**DONE and ORDERED** at Miami, Florida on September ____, 2020.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE