UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-20263-RNS

MASTEC RENEWABLES PUERTO RICO,
LLC,

    Plaintiff,

v.

MAMMOTH ENERGY SERVICES, INC. and
COBRA ACQUISITIONS, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 16.4, Plaintiff MasTec Renewables Puerto Rico, LLC and Defendant Cobra Acquisitions, LLC hereby notify the Court that they have reached a confidential settlement as to MasTec's claims against Cobra in the above-captioned action.

The Parties herby stipulate, pursuant to Fed. R. Civ. P. 41, that: (1) they have settled this action and all claims between them; (2) Plaintiff hereby dismisses with prejudice this action, including all claims that were previously brought in this action and were dismissed without prejudice (ECF Nos. 45, 49); and (3) the Parties shall bear their own costs and attorneys' fees. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement, dated August 2, 2021.

Dated: August 3, 2021              Respectfully submitted,

| /s/*Benjamin Widlanski* | By: */s/ Peter W. Homer* |
| Benjamin Widlanski, Esq. | Peter W. Homer |

| | |
|---|---|
| Florida Bar No. 1010644<br>bwidlanski@kttlaw.com<br>Jorge Piedra, Esq.<br>Florida Bar No. 88315<br>jpiedra@kttlaw.com<br>Tal J. Lifshitz, Esq.<br>Florida Bar No. 99519<br>tjl@kttlaw.com<br>Rachel Sullivan, Esq.<br>Florida Bar No. 815640<br>rs@kttlaw.com<br>Meaghan Goldstein, Esq.<br>Florida Bar No. 1024796<br>mgoldstein@kttlaw.com<br>**KOZYAK TROPIN &**<br>**THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br><br>*Counsel for Plaintiff MasTec Renewables Puerto Rico, LLC* | Florida Bar No. 291250<br>phomer@homerbonner.com<br>Gregory J. Trask<br>Florida Bar No. 0055883<br>gtrask@homerbonner.com<br>**HOMER BONNER JACOBS ORTIZ**<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 350-5100<br>Facsimile: (305) 372-2738<br><br>Michael B. Carlinsky (*pro hac vice*)<br>michaelcarlinsky@quinnemanuel.com<br>Jacob J. Waldman (*pro hac vice*)<br>jacobwaldman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York, 10010<br><br>Harry A. Olivar, Jr. (*pro hac vice*)<br>harryolivar@quinnemanuel.com<br>Kristen Bird (*pro hac vice*)<br>kristenbird@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served via email on August 3, 2021, on all counsel of record.

By: /s/ *Benjamin J. Widlanski*
Benjamin Widlanski, Esq.

2