United States District Court
for the
Southern District of Florida

| | |
|---|---|
| MasTec Renewables Puerto Rico LLC, Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 20-20263-Civ-Scola |
| Mammoth Energy Services, Inc. and Cobra Acquisitions, LLC, Defendants. | ) ) ) ) |

### Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal with Prejudice, ECF No. 135.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on August 5, 2021.

Robert N. Scola, Jr.
United States District Judge