UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-20263-RNS

MASTEC RENEWABLES PUERTO RICO,
LLC,

      Plaintiff,

v.

MAMMOTH ENERGY SERVICES, INC. and
COBRA ACQUISITIONS, LLC,

      Defendants.

_____

**MASTEC RENEWABLES PUERTO RICO, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT**

In light of Defendants' recent payment per the terms of the parties' Settlement Agreement, Mastec Renewables Puerto Rico, LLC ("MasTec"), hereby withdraws its Motion to Enforce Settlement Agreement (D.E. 153), filed on August 2, 2022.

DATED:    August 23, 2022.

                                                                                Respectfully submitted,

                                                                                /s/ *Benjamin Widlanski*
                                                                                Benjamin Widlanski, Esq.
Florida Bar No. 1010644
bwidlanski@kttlaw.com
Jorge Piedra, Esq.
Florida Bar No. 88315
jpiedra@kttlaw.com
Tal J. Lifshitz, Esq.
Florida Bar No. 99519
tjl@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134

>Telephone: (305) 372-1800
>Facsimile: (305) 372-3508
>
>*Counsel for Plaintiff MasTec Renewables Puerto Rico, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF notification to all counsel of record.

>/s/ *Benjamin J. Widlanski*
>Benjamin J. Widlanski